CLARA R. BRAHDY, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted October 1, 1937; decided October 19, 1937.

*Herman E. Cooper* for appellant.

*Paul Windels,* Corporation Counsel (*Paxton Blair* and *Arthur Bainbridge Hoff* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.